FORM 1 VOLUNTARY PETITION

| **United States Bankruptcy Court**<br>**District of** | **VOLUNTARY**<br>**PETITION** |
|---|---|

| IN RE (Name of debtor - If individual, enter Last, First, Middle)<br><br>**Mekoola, Jr., Donald J.** | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle) |
|---|---|

| ALL OTHER NAMES used by debtor in the last 6 years<br>(include married, maiden and trade name) | ALL OTHER NAMES used by debtor in the last 6 years<br>(include married, maiden and trade name) |
|---|---|

| SOC. SEC./TAX I.D. NO. (If more than one, state all)<br><br>**XXX-XX-7177** | SOC. SEC./TAX I.D. NO. (If more than one, state all) |
|---|---|

| STREET ADDRESS OF DEBTOR (No. and street, city, state, zip)<br><br>**7722 W. Addison, Chicago, IL 60634** | STREET ADDRESS OF DEBTOR (No. and street, city, state, zip) |
|---|---|

| | COUNTY OF RESIDENCE OR<br>PRINCIPAL PLACE OF BUSINESS<br>**Cook** | COUNTY OF RESIDENCE OR<br>PRINCIPAL PLACE OF BUSINESS |
|---|---|---|

| MAILING ADDRESS OF DEBTOR (If different from street address) | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|

| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR<br>(If different from addresses listed above) | _X__Debtor has been domiciled or has had a residence, principal place of business<br>immediately or principal place of business or principal assets in this District for<br>for 180 days preceding the date of this petition or for a longer part of such 180 days<br>than in any other District.<br>___There is a bankruptcy case concerning debtors affiliate, general partner or<br>partnership pending in this District. |
|---|---|

**INFORMATION REGARDING DEBTOR (Check applicable)**

| TYPE OF DEBTOR<br>_X_ Individual  ___ Corporation Publicly Held<br>___ Joint (H&W)  ___ Corporation Not Publicly Held<br>___ Partnership  ___ Municipality<br>___ Other<br><br>NATURE OF DEBT<br>___ Non-Business Consumer  ___ Business - Complete A&B below<br><br>A. TYPE OF BUSINESS (check one)<br>___ Farming  ___ Transporation  ___ Commodity Broker<br>___ Professional  ___ Manufacturing/  ___ Construction<br>___ Retail/Wholesale  Mining  ___ Real Estate<br>___ Railroad  ___ Stockbroker  ___ Other Business<br><br>B. BRIEFLY DESCRIBE NATURE OF BUSINESS | CHAPTER OR SECTION OF BANKRYUPTCY CODE UNDER WHICH THE<br>PETITION IS FILED (check one)<br>_X_Chapter 7  ___Chapter 11  ___Chapter 13<br>___Chapter 9  ___Chapter 12  ___ 304-Case Ancillary to<br>  Foreign Proceeding<br>FILING FEE (check one)<br>_X_ Filing fee attached.<br>___ Filing fee to be paid in installments. (Applicable to individuals only)<br>  must attach signed application for the court/s consideration certifying<br>  that the debtor is unable to pay fee except in instalments. Rule 1006(b)<br>  see Official Form No. 3<br>NAME and ADDRESS OF LAW FIRM OR ATTORNEY<br>  **Staver & Gainsberg, P.C.**<br>  **120 W. Madison St., Ste. 520**<br>  **Chicago, IL 60602**<br>Telephone No.  **312-422-1130**<br>NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT THE DEBTOR<br><br>___ Debtor is not represented by an attorney |
|---|---|

| STATISTICAL ADMINISTRATIVE INFORMATION (28 U.S.C. 604)<br>(Estimates only) (Check applicable) | THIS SPACE FOR COURT USE ONLY |
|---|---|
| ___ Debtor estimates that funds will be available for distribution to unsecured creditors<br>_X_ Debtor estimates that after any exempt property is excluded and administrative<br>  expenses paid, there will be no funds available for distribution to unsecured creditors. | |

ESTIMATED NUMBER OF CREDITORS
_X_ 1-15 ___ 16-49 ___ 50-99 ___ 100-199 ___ 200-999 ___ 1000-over

ESTIMATED ASSETS (in thousands of dollars) over
_X_Under 50 ___50-99 ___100-499 ___500-999 ___1000-9999 ___10,000-99,000 ___100,000

ESTIMATED LIABILITIES (in thousands of dollars) over
_X_Under 50 ___50-99 ___100-499 ___500-999 ___1000-9999 ___10,000-99,000 ___100,000

ESTIMATED NUMBER OF EMPLOYEES - CH 11 & 12 ONLY
___0 ___1-19 ___20-99 ___100-999 ___1000-over

ESTIMATED NO. OF EQUITY SECURITY HOLDERS - CH 11 & 12 ONLY
___0 ___1-19 ___20-99 ___100-499 ___500-over

| Name of Debtor | **Mekoola, Jr., Donald J.** | Case No. | |
|---|---|---|---|
| | | | (court use only) |

## FILING OF PLAN

For Chapter 9, 11, 12 and 13 cases only. Check appropriate.

__ A copy of debtor's proposed plan dated _____ __ Debtor intends to file a plan within the time allowed by statute,
  is attached. rule or order of the court.

### PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (if more than one, attach additional sheet)

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| | | |

PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER OR AFFILIATE OF THIS DEBTOR (if more than one, attach additional sheet.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

## REQUEST FOR RELIEF

Debtor requests relief in accordance with the chapter of title II, United States Code, specified in this petition.

## SIGNATURES

### ATTORNEY

X /s/ Neal S. Gainsberg                                      Date
Signature

| INDIVIDUAL/JOINT DEBTOR(S) | CORPORATE OR PARTNERSHIP DEBTOR |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct | I declare under penalty of perjury that the information provided in this petition is true and correct, and that the filing of this petition on behalf of the debtor has been authorized |
| X Donald J. Mekoola | X |
| Signature of Debtor | Signature of Authorized Individual |
| Date | |
| | Print of Type Name of Authorized Individual |
| X | Title of Individual Authorized by Debtor to File this Petition |
| Signature of Joint Debtor | Date |
| Date | |

### Exhibit "A" (To be completed if debtor is a corporation requesting relief under chapter 11.)

__ Exhibit "A" is attached and made part of this petition.

### TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (SEE p.l. 98-353 & 322)

I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 of such title

  If I am represented by an attorney, exhibit "B" has been completed.

X _____ Date
Signature of Debtor

X _____ Date
Signature of Joint Debtor

### EXHIBIT "B" (To be completed by attorney for individual chapter 7 debtor(s) with primarily consumer debts.)

  I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they) may proceed chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter

X _____ Date
Signature of Attorney

**UNITED STATES BANKRUPTCY COURT**                    **DISTRICT OF**

In re:   **Mekoola, Jr., Donald J.**          Debtor(s)          Case No.          (If Known)

See summary below for the lists of schedules. Include Unsworn Declaration under Penalty of Perjury at the end

GENERAL INSTRUCTIONS: Schedule D, E and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed in Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately

Review the specific instructions for each schedule before completing the schedule.

SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each, Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided, Add the amounts of Scheduels A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (Yes No) | Number of Sheets | Assets | Liabilites | Other |
|---|---|---|---|---|---|
| A - Real Property | Y | 1 | 0.00 | | |
| B - Personal Property | Y | 1 | 11,300.00 | | |
| C - Property Claimed as Exempt | Y | 1 | | | |
| D - Creditors Holding Secured Claims | Y | 1 | | 11,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | Y | 1 | | 2,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Y | 3 | | 45,316.89 | |
| G - Executory Contracts and Unexpired Leases | Y | 1 | | | |
| H - Codebtors | Y | 1 | | | |
| I - Current Income of Individual Debtor(s) | Y | 1 | | | 5,250.00 |
| J - Current Expenditures of Individual Debtor(s) | Y | 1 | | | 5,130.00 |
| Total Number of Sheets of All Schedules | | 12 | | | |
| | | Total Assets | 11,300.00 | | |
| | | Total Liabilities | | 58,316.89 | |

In re:   **Mekoola, Jr., Donald J.**     Debtor(s)     Case No.                    (if known)

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTORS INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTORS INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | 0.00 | |
| | | | | |
| | | **TOTAL ->** | 0.00 | **(Report also on Summary** of Schedules) |

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTORS INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on Hand | N | | | |
| 2. Checking/savings or other financial accounts certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations,or credit unions, brokerage houses, or cooperatives. | | **Checking - Citibank** | | 800.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | N | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment | | **Household Goods** | | 1,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | N | | | |
| 6. Wearing apparel. | | **Clothing** | | 1,000.00 |
| 7. Furs and jewelry. | N | | | |
| 8. Firearms and sports, photograpic, and other hobby equipment. | N | | | |
| 9. Interests in insurance policies, Name insurance company of each policy and itemize surrender or refund value of each. | N | | | |

SCHEDULE B - PERSONAL PROPERTY

In re:   **Mekoola, Jr., Donald J.**                  Debtor(s)                  No.                  (if known)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTORS INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10. Annuities. itemize and name each issuer. | N | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize | N | | | |
| 12. Stock and interests in incorporated and unicorporated businesses. Itemize. | N | | | |
| 13. Interest in partnerships or joint ventures. itemize. | N | | | |
| 14. Government and corporate bonds and other negotiable and nonegotiable instruments. | N | | | |
| 15. Accounts receivable. | N | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | N | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | N | | | |
| 18. Equitable or future interests, life estates, and rights to powers exercisable for the benefit of the debtor other than those listed on Schedule of Real Property | N | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust | N | | | |
| 20. Other contingent and unliquidated claims of every nature, includeing tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | N | | | |
| 21. Patents, copyrights, and other intellectual property. Give perticulars. | N | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | N | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Ford Focus** | | 8,500.00 |
| 24. Boats, motors, and accessories. | N | | | |
| 25. Aircraft and accessories. | N | | | |
| 26. Office equipment, furnishings, and supplies | N | | | |
| 27. Machinery, fixtures, equipment and supplies used in business | N | | | |
| 28. Inventory. | N | | | |
| 29. Animals | N | | | |
| 30. Crops - growing or harvested. Give particulars. | N | | | |
| 31. Farming equipment and implements | N | | | |
| 32. Farm supplies, chemicals, and feed. | N | | | |
| 33. Other personal property of any kind not already listed. Itemize. | N | | | |

(included amounts from any continuation sheets attached. Report total also on Summary of Schedules)    Total->                  **11,300.00**

In re:   **Mekoola, Jr., Donald J.**                    Debtor(s)      Case No.                     **(if known)**

### SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under (Check one)

__ 11 U.S.C & 522(b)(1): Exemptions provided in 11 U.S.C. & 522(d). NOTE: There exemption are available only in certain states.

__ 11 U.S.C & 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **Household Goods** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| **Clothing** | **735 ILCS 5/12-1001(a)** | **1,000.00** | **1,000.00** |
| **Checking Account** | **735 ILCS 5/12-1001(b)** | **800.00** | **800.00** |

In re:  **Mekoola, Jr., Donald J.**                         Debtor(s)    **Case No.**                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBT | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LEIN AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LEIN | CUD | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|
| ACCOUNT NO. **Ford Motor Credit 4401 Florence St. Denver, CO 80238** | | | **2003 Ford Focus** <br><br> VALUE $ **15,000** | | 16,000.00 | |
| ACCOUNT NO. | | | <br><br> VALUE $ | | | |
| ACCOUNT NO. | | | <br><br> VALUE $ | | | |
| ACCOUNT NO. | | | <br><br> VALUE $ | | | |
| ACCOUNT NO. | | | <br><br> VALUE $ | | | |
| ACCOUNT NO. | | | <br><br> VALUE $ | | | |
| ACCOUNT NO. | | | <br><br> VALUE $ | | | |
| ACCOUNT NO. | | | <br><br> VALUE $ | | | |
| ACCOUNT NO. | | | <br><br> VALUE $ | | | |

___ continuation sheets attached

| | SUBTOTAL -> (Total of this page) | 16,000.00 | |
|---|---|---|---|
| | TOTAL -> | 16,000.00 | |

In re:   **Mekoola, Jr., Donald J.**                    Debtor(s)    Case No.                    (if known)

### SCHEDULE E - CREDITORS HOLDINGS UNSECURED PRIORITY CLAIMS

___ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPE OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets).

___ **Extensions of credit in an involuntary case**
   **Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of
   the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C 507(a)(2).**

___ **Wages, salaries, and commissions**
   **Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees,
   up to a maximum of $2000 per employee, earned within 90 days immediately preceding the filing of the
   original petition or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C.
   507(a)(3)**

___ **Contributions to employee benefit plans**
   **Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the
   original petition, or the cessation of business, whichever occurred first, to the extend provided in 11 U.S.C. 570(a)(4).**

___ **Certain farmers and fishermen**
   **Claims of certain farmers and fishermen, up to a maximum of $2000 per farmer or fisherman, against the debtor, as
   provided in 11 U.S.C. 507(a)(5).**

___ **Deposits by individuals**
   **Claims of individuals up to a maximum of $900 for deposits for the purchase, lease, or rental of property or services
   for personal, family, or household use, that were not delivered or provided. 11 U.S.C. 507(a)(6).**

_X__ **Taxes and Certain Other Debts Owed to Governmental Units**
   **Taxes, customs, duties, and penalties owing to federal, state, and local governmental units as set forth in
   11 U.S.C. 507(a)(7).**

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBT | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CUD | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|
| Account No.  33727177 | | | | | | |
| **Internal Revenue Service**<br>**Latitia Simmons**<br>**230 S. Dearborn, Stop 5014CHI**<br>**Chicago, IL 60604** | | | | | **2,000.00** | **2,000.00** |
| Account No. | | | | | | |
| | | | | | | |
| Account No. | | | | | | |
| | | | | | | |
| Account No. | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| ___ Continuation sheets attached | Subtotal ---> | **2,000.00** | |
| | Total ---> | **2,000.00** | |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

___ Check here if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBT | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CUD | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO. 0170691026646 | | | | | |
| Sears Roebuck P.O. Box 182149 Columbus, OH 43218 | | | Rev. Charge | | 4,818.66 |
| ACCOUNT NO. 6011007860674877 | | | | | |
| Discover P.O. Box 30395 Salt Lake City, UT 84130 | | | Rev. Charge | | 4,951.33 |
| ACCOUNT NO. 5178052268904386 | | | | | |
| Capital One P.O. Box 60000 Seattle, WA 98198 | | | Rev. Charge | | 1,103.44 |
| ACCOUNT NO. 6019181101083438 | | | | | |
| Ford GE Capital P.O. Box 9001557 Louisville, KY 40290 | | | Rev. Charge | | 1,120.86 |
| ACCOUNT NO. 0229470891 | | | | | |
| Carson Pirie Scott P.O. Box 17633 Baltimore, MD 21297 | | | Rev. Charge | | 1,877.72 |
| ACCOUNT NO. 5424180552349331 | | | | | |
| Citicard P.O. Box 6401 The Lakes, NV 88901 | | | Rev. Charge | | 2,937.48 |
| ACCOUNT NO. | | | | | |
| Physicians Immediate Care Chicago P.O. Box 15473 Lovers Park, IL 61111 | | | | | 43.58 |
| ACCOUNT NO. 829107186090155 | | | | | |
| Capital One P.O. Box 60000 Seattle, WA 98190 | | | Rev. Charge | | 883.25 |
| ACCOUNT NO. 5221485369 | | | | | |
| BP Oil Processing Center Des Moines, IA 50360 | | | Rev. Charge | | 682.85 |
| | | | | Subtotal -> | 18,419.17 |
| | | | | Total -> | |

____ Continuation Sheets Attached

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

__ Check here if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBT | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CUD | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO.  671300310331165 **Citifinancial 6500 W. Irving Park Rd., #H Chicago, IL 60634** | | | **Loan** | | 7,942.60 |
| ACCOUNT NO.  4444038057 **Citibank Ready Credit P.O. Box 8105 Hackensack, NJ 07606** | | | **Rev. Charge** | | 987.12 |
| ACCOUNT NO. **Addison Radiology 641 E. Butterfield Rd Ste 407 Lombard, IL 60148** | | | medical | | 615.00 |
| ACCOUNT NO. **Superior Amb Service P.O. Box 1407 Elmhurst, IL 60126** | | | medical | | 936.00 |
| ACCOUNT NO. **Addison-Central Pathology 5219 N. Harlem Ave Chicago, IL 60656** | | | | | 9.00 |
| ACCOUNT NO. **Rehabilitation Assoc. of the Midwest 909 E. Palatine Rd Palatine, IL 60074** | | | | | 101.00 |
| ACCOUNT NO. **Stanislaw A. Maslanka 7447 W. Talcott, Suite 148 Chicago, IL 60631** | | | | | 49.00 |
| ACCOUNT NO. **City of Chicago Department of Revenue-EMS P.O. Box 805030 Chicago, IL 60680** | | | medical | | 399.00 |
| ACCOUNT NO. **NW Infectious Dis Consultants 36490 Treasury Center Chicago, IL 60694-6400** | | | | | 39.00 |

Subtotal ->  11,077.72

Total ->

____ Continuation Sheets Attached

___ Check here if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO D E B T | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | |
| **Diagnostic Imaging Assoc.** **P.O. Box 4077** **Northbrook, IL 60065** | | | | | 2,535.00 |
| **ACCOUNT NO.** | | | | | |
| **Northwest Ent Associates** **1146 Momentum Place** **Chicago, IL 60689** | | | | | 22.00 |
| **ACCOUNT NO.** | | | | | |
| **Resurrection Healthcare** **7435 W. Talcott Ave** **Chicago, IL 60631** | | | medical | | 13,090.00 |
| **ACCOUNT NO.** | | | | | |
| **Rehab Assoc. of the Midwest** **909 E. Palatine Rd.** **Palatine, IL 60074** | | | | | 173.00 |
| **ACCOUNT NO.** | | | | | |
| **ACCOUNT NO.** | | | | | |
| **ACCOUNT NO.** | | | | | |
| **ACCOUNT NO.** | | | | | |
| **ACCOUNT NO.** | | | | | |
| | | | Subtotal -> | | 15,820.00 |
| | | | Total -> | | 45,316.89 |

_____ Continuation Sheets Attached

**In re:  Mekoola, Jr., Donald J.**                          **Debtor(s)**          **Case No.**                **(if known)**

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

_X__  Check here if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

**In re:  Mekoola, Jr., Donald J.**                    **Debtor(s)**      **Case No.**           **(if known)**

## SCHEDULE H - CODEBTORS

_X__ Check here if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**In re: Mekoola, Jr., Donald J.**                                        Debtors    Case No.                    (if known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter
12 or 13 case whether of not a joint petition if filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| **Married** | | | |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Service Advisor** | |
| Name of Employer | | |
| **Lynch Auto Group** | | |
| How Long Employed | **12 + years** | |
| Address of Employer | | |
| **5133 W. Irving Park Rd., Chicago, IL 60639** | | |

Income: (Estimate of average monthly income)

| | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary and commissions...................... | **3,000.00** | **4,000.00** |
| (pro rate if not paid monthly) | | |
| Estimate monthly overtime | ------------------------------------- | |
| SUBTOTAL | ————————— | ————————— |
| LESS PAYROLL DEDUCTIONS | | **4,000.00** |
| a. Payroll taxes and social security | **800.00** | **900.00** |
| b. Insurance | ------------------------------------- | **50.00** |
| c. Union dues | ------------------------------------- | |
| d. Other (Specify) | ------------------------------------- | |
| | | |
| SUBTOTAL OF PAYROLL DEDUCTIONS | **800.00** | **950.00** |
| TOTAL NET MONTHLY TAKE HOME PAY | **2,200.00** | **3,050.00** |
| Regular income from operation of business or profession or farm | | |
| (attach detailed statement) | ------------------------------------- | |
| Income from real property | ------------------------------------- | |
| Interest and dividends | ------------------------------------- | |
| Alimony, maintenance or support payments payable to the debtor for | | |
| the debtor's use or that of dependents listed above | ---------------- | |
| Social security or other government assistance (Specify) | | |
| | | |
| Pension or retirement income | ------------------------------------- | |
| Other monthly income (Specify) | | |
| | | |
| TOTAL MONTHLY INCOME | **2,200.00** | **3,050.00** |
| | | |
| TOTAL COMBINED MONTHLY INCOME | **5,250.00** | (Report also on Summary of Schedules) |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to

occur within the year following the filing of this document:

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually or annually to show monthly rate.

____ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | | 760.00 |
| Are real estate taxes included? ___Yes ___No  Is property insurance included? ___Yes ___No | | |
| Utilities | Electricity and heating fuel | 170.00 |
| | Water and sewer | |
| | Telephone | 140.00 |
| | Other | Portable Phone | 120.00 |
| Home maintenance (repairs and upkeep) | | 50.00 |
| Food | | 700.00 |
| Clothing | | 200.00 |
| Laundry and dry cleaning | | 100.00 |
| Medical and dental expenses | | 350.00 |
| Transportation (not including car payments) | | 400.00 |
| Recreation, clubs and entertainment, newspapers, magazine, etc | | 400.00 |
| Charitable contributions | | |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| | Homeowner's or renter's | 40.00 |
| | Life | |
| | Health | |
| | Auto | 210.00 |
| | Other | |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | | |
| Installment payments:(In chapter 12 & 13 cases, do not list payments to be included in the plan) | | |
| | Auto | 340.00 |
| | Other | |
| Alimony, maintenance, and support paid to others | | |
| Payments for support of additional dependents not living at your home | | |
| Regular expenses from operation of business, profession, or farm | | |
| (attach detailed statement) | | |
| Other | Wife's Credit Card Payments | 800.00 |
| | Wife's Support payments for elderly parent | 350.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | | 5,130.00 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

A. Total projected monthly income
B. Total projected monthly expenses
C. Excess income (A minus B)

D. Total amount to be paid into plan each

(interval)

In re:    **Mekoola, Jr., Donald J.**                          Debtor(s)   Case No.                          (if known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of_____sheets,

(Total shown on summary page plus 1.)

and that they are true and correct to the best of my knowledge, information and belief.

Date                              Signature: _____

Debtor

Date                              Signature: _____

(Joint Debtor, if any)

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an

authorized agent of the partnership) of the_____(corporation or partnership named as debtor in this

case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of_____sheets,

(Total shown on summary page plus 1)

and that they are true and correct to the best of my knowledge, information and belief.

Date                              Signature: _____

(Print or type name of individual signing on behalf of debtor.)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. 152 and 3571.

UNITED STATES BANKRUPTCY COURT                                        DISTRICT OF

**In re:**     **Mekoola, Jr., Donald J.**                    Debtor(s)   Case No.

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I, the debtor, have filed a schedule of assets and liabilities which includes consumer debts secured by
   property of the estate.
2. My intention with respect to the property of the estate which secures those consumer debts is as follows:

    a. Property to Be Surrendered.

| Description of property | Creditor's name | H,W or J |
|---|---|---|
| **None** | | |

    b. Property to Be Retained (Specify Reaffd, Red'd or Exempt to state debtors
       intention concerning reaffirmation, redemption, or lien avoidance*.)

| Description of property | Creditor's name | Reaff'd Red'd Exempt |
|---|---|---|
| **2003 Ford Focus** | **Ford Motor Credit** | **Reaff'd** |

3. I understand that 521(2)(B) of the Bankruptcy Code requires that I perform the above stated intention within 45 days of the filing of this
   statement with the court, or within such additional time as the court, for cause, within such 45-day period fixes.

Date:                                              /s/ Donald Mekoola, Jr.
                                                   Signature of Debtor


* Reaff'd - Debt will be reaffirmed pursuant to 524(c)
  Red'd  - Property is claimed as exempt and will be
           redeemed pursuant to 722                        _____
  Exempt-Lien will be avoided pursuant to 522(f) and property      Signature of Debtor
           will be claimed as exempt

UNITED STATE BANKRUPTCY COURT

In re:   **Mekoola, Jr., Donald J.**                                    Debtor(s)   Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16-21. Each question must be answered. If the answer to any question is "None", or the question is not applicable, mark the box labeled "None". If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number if known, and the number of the question.

DEFINITIONS

"In business" A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankrupcty case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partnership or a sole proprietor or self-employed.

"Insider" The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporation of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. 101(30).

_____ None. **1. Income from Employment or Operation of Business**
State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendare year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, Unless the spouses are separated and a joint petition is not filed) Give AMOUNT and SOURCE (if more than one).

**2005 YTD - 34,000**
**2004 - $25,000**
**2003 - $43,000**

_X___ None. **2. Income Other Than From Employment or Operation of Business.**
State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give AMOUNT and SOURCE.

**3. Payments to Creditors**
_X__ None  a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give NAME and ADDRESS of CREDITOR, DATES OF PAYMENTS, AMOUNT PAID and AMOUNT STILL OWING.

_X__None  b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give NAME and ADDRESS of CREDITOR and RELATION-SHIP TO DEBTOR, DATE OF PAYMENT, AMOUNT PAID and AMOUNT STILL OWING.

**4.  Suits, Executions, Garnishments and Attachments**
_X__None  a. List all suits to which the debtor is or was a party within one year immediately preceing the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give CAPTION OF SUIT AND CASE NUMBER, NATURE OF PROCEEDING, COURT AND LOCATION and STATUS OR DISPOSITION.

_X_ None.  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately

preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give NAME and ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED, DATE OF SEIZURE and DESCRIPTION AND VALUE OF PROPERTY.

_X__ None 5. Repossessions, Foreclosures and Returns
List all property that has been repossessed by a creditor, sold at a fore-closure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give NAME and ADDRESS OF CREDITOR OR SELLER, DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN and DESCRIPTION AND VALUE OF PROPERTY.

6. Assignments and Receiverships
_X__ None. a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commence-ment of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give NAME and ADDRESS OF ASSIGNEE, DATE OF ASSIGNMENT and TERMS OF ASSIGNMENT OR SETTLEMENT.

_X__None. b. List all property which has been in the hands of a custo-dian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give NAME and ADDRESS OF CUSTODIAN, NAME and LOCATION OF COURT, CASE TITLE & NUMBER, DATE OF ORDER and DESCRIPTION AND VALUE OF PROPERTY.

_X___None 7. Gifts
List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint peti-tion is not filed.) Give NAME and ADDRESS OF PERSON OR ORGANIZA-TION, RELATIONSHIP TO DEBTOR, IF ANY, DATE OF GIFT and DESCRIP-TION and VALUE OF GIFT.

_X___None 8. Losses
List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the com-mencement of this case. (Married debtors filing under chaper 12 or chap-ter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint peti-tion is not filed. Give DESCRIPTION and VALUE OF PROPERTY, DESCRIP-TION OF CIRCUMSTANCES and, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE. Give PARTICULARS and DATE OF LOSS.

____None 9. Payments Related to Debt Counseling or Bankruptcy
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the com-mencement of this case. Give NAME and ADDRESS OF PAYEE, DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR and AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY.

_X___None 10. Other Transfers
List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred

**Staver & Gainsberg, P.C.**
**120 W. Madison St., Ste. 520**
**Chicago, IL 60602**

either absolutely or for security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give NAME and ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR, DATE and DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED.

_X___None  11. Closed Financial Accounts
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filed under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give NAME and ADDRESS OF INSTITUTION, TYPE AND NUMBER  OF ACCOUNT AND AMOUNT OF FINAL BALANCE and AMOUNT AND DATE OF SALE OR CLOSING.

_X___None  12. Safe Deposit Boxes
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give NAME and ADDRESS OF BANK OR OTHER DEPOSITORY, NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY DESCRIPTION OF CONTENTS and DATE OF TRANSFER OR SURRENDER, IF ANY.

_X___None  13.  Setoffs
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give NAME and ADDRESS OF CREDITOR DATE OF SETOFF and AMOUNT OF SETOFF.

_X___None  14. Property Held for Another Person
List all property owned by another person that the debtor holds or controls. Give NAME and ADDRESS OF OWNER, DESCRIPTION AND VALUE OF PROPERTY and LOCATION OF PROPERTY.

_X___None  15. Prior Address of Debtor
If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse. Give ADDRESS, NAME USED and DATES OF OCCUPANCY.

### Unsworn Declaration under Penalty of Perjury.

**I declare under penalty that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.**

Date _____   Signature of Debtor   _____

Date _____   Signature of Joint Debtor   _____
(if any)

**Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both 18 U.S.C. 152 and 3571.**

In re:    **Mekoola, Jr., Donald J.**                    Debtor(s)    Case No.                        (if known)

## STATEMENT
Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

**(1) The undersigned is the attorney for the debtor(s) in this case.**

**(2) The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:**
**(a) for legal services rendered or to be rendered in contemplation of and in connection**
**with this case**                                                                                    **850.00**
**(b) prior to filing this statement, debtor(s) have paid**                                            **850.00**
**(c) the unpaid balance due and payable is**                                                          **0.00**

**(3) $ 209.00 of the filing fee in this case has been paid.**

**(4) The services rendered or to be rendered include the following:**
**(a) analysis of the financial situation, and rendering advice and assistance to the debtor(s) in**
**determining whether to file a petition under title 11 of the United States Code.**
**(b) preparation and filing of the petition, schedules, statement of affairs and other documents**
**required by the court.**
**(c) representation of the debtor(s) at the meeting of creditors.**

**(5) The source of payments made by the debtor(s) to the undersigned was from earning, wages and**
**compensation for services performed, and**

**(6) The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance**
**remaining, if any, will be from earnings, wages and compensation for services performed, and**

**(7) The undersigned has received no transfer, assignment or pledge of property except the**
**following for the value stated:**

**(8) The undersigned has not shared or agreed to share with any other entity, other than with**
**members of undersigned's law firm, any compensation paid or to be paid except as follows:**

Date:                Respectfully submitted    /s/ Neal S. Gainsberg                        Attorney for Petitioner

Attorney's name and address        Staver & Gainsberg, P.C., 120 W. Madison St., Ste. 520, Chicago, IL 60602